UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO

| | |
|---|---|
| MICHAEL IDROGO, candidate for U.S. House of Representatives; ( | 5:2020-CV-35 |
| Public Servant State of Texas [pursuant Texas Codes]; ( | |
| Sovereign Citizen of the United States; cross-complainant, ( | |
| v. ( | |
| ( | |
| RUTH HUGHS, SYLVIA BRUNI, DCCC, DSCC, TEXAS ( | |
| DEMOCRATIC PARTY, and others yet to be named, et alia. ( | Jury Trial Demand |

CROSS COMPLAINT

Cross complainant Michael Idrogo with all due respect files this CROSS COMPLAINT pursuant 42USC1983; 42USC1981; 18USC242; 18USC241; 28USC1331; extortion; mail frauds; wire frauds; R.I.C.O.; racketeering; interstate crimes; international crimes; violation of Texas Deceptive Trade Practices Act; violations of Texas Open meetings act; violation of Civil Rights of Candidate; Voting Civil Rights; Right to Equal Protection; Right to Due Process; etc.; 1st, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 14th Amends; U.S. Const.; Preamble; TX Const.; and laws enforcing; without prejudice U.C.C; with demand for Jury Trial as a Right.

Idrogo is a filed candidate for U.S. House of Representatives with the Federal Election Commission. In 1997, Idrogo was a Democratic Party candidate in U.S. House District 28 Special Election. In 2004, voters of Congressional District 20 petitioned and placed Idrogo on the November ballot as an Independent candidate for U.S. House. In 2006 and 2008, Idrogo was Libertarian Party nominee for November elections for U.S. House District 20.

Idrogo complained to the Texas Secretary of State, U.S. Attorney General, Federal Election Commission, U.S. Department of Justice, F.B.I., Texas Governor, Texas Attorney General, etc., that the Texas VOTING MACHINE ballot was unconstitutional and violated a number of Federal and Texas laws.. mostly because, inside the voting booth only.. there was a scheme to provide political party candidates to be LISTED TWICE.. once as "vote by political party" and then later in the voting booth to have another chance to "vote for the candidate".. while independent candidate is listed only once. Idrogo points out that Texas has corrected this by removing the "vote by political party"; yet, now, a political party bully wants to bully its way and force the voting booth only scheme once again. Idrogo complains that is unconstitutional; violation of Equal Protection; violation of Right to Due Poress; etc. The voter education, printed paper ballot makes no display of "vote by political party."

Idrogo, in a live television debate with incumbent Gonzalez of U.S. District 20, pointed out the violent rape of a 14-year old by the incumbent. The incumbent blew his top and made a death rhreat against Idrogo. Afterwards, Idrogo has been false arrested 9 times, all while candidate for U.S. House; Idrogo has also been totured a number of times; including 30 days of torture.. with daily beatings from.. at first 2 thugs.. of which Idrogo would fight off in self defense.. and up to 9 thugs beating Idrogo; including breaking Idrogo's hands, etc.

Idrogo has also been candidate for Libertarian Party 2010, 2012, 2014, 2016, 2018, 2020; however, new incumbent Joaquin Castro (and his twin brother) are the biggest fakes to ever walk the planet (and have rigged every election they've ever been in); shill party members have come over from the Democratic Party and from the Republican Party (along with some with connections to Columbia drug lords and/or Mexico drug cartels) into the Libertarian Party nomination process to carry out schemes to benefit the incumbent Joaquin Castro (mostly nomination and re-nomination of shill candidate Jeffrey Blunt; Blunt was also again and again shill candidate against Castro in the Texas House elections)(Castro has sponsored legislation which greatly benefits drug lords and drug cartels). Idrogo complains both Castros need be arrested; prosecuted; and thrown in prison for life. There's tons of corruption in San Antonio (District 20).. much of it thanks to the Castros; girls as young as 13 forced into prostitution for higher ups in S.A.P.D. and Bexar County; prostitution/human trafficking of children in Texas foster care; judges directing prostitution, burglary, and drugs gangs... "with judges getting first pick on the loot"; 2 prostitutes ended up dead after they were going to blow the whistle on an officeholder; attorneys paying for most everything for judges/prostitutes/drugs for judges; attorneys acting as couriers for cartels; cross-border drug and human traffic smuggling; over 7000 stolen Southwest Airlines tickets; and tons more corruption. They also put prostitutes on social security & food stamps.

Idrogo further complains, without notice nor release to the public nor news; Republicans and Governor have imposed an extortion of requiring a filing fee from Libertarian candidates; $3500. There was no previous filing fee for Libertarian candidates; we've always been told that Democrats and Republicans had a fee because they use voting machines; had to rent voting locations; pay for those costs; etc. Yet, no voting machine primary has been provided to Libertarians for primary. Idrogo complains of extortion/unconstitutional/etc.; Texas has driven up filing fees for candidates.. in order to benefit incumbents.. rig elections.. control the outcome of elections.. carryout ongoing corruption. The congressional filing fee in Alaska is only $100. The filing fee

for city elections is $100. The filing fee for Texas elections should be no more than $100.

Further, Idrogo has discovered that the Libertarian Party (there's been a hostile take over of the Libertarian Party since 2010.. "pot heads" running things, including Heather Fazio.. most likely all funded by Columbian Drug Lords and/or Mexican Drug Cartels).. the Libertarian Party filled most all candidacies with names.. those have said in the past that they are "pot heads" and "cannot afford filing fees." There was even a fired Austin cop who showed up to a number of Libertarian Party meetings in San Antonio; he was later arrested fo stealing money from Columbians. A San Antonio city council member just went on a vacation to Columbia.

Idrogo, additionally complains: they even carried out mail fraud/wire fraud/interstate crimes; R.I.C.O.; racketeering; Arthur Thomas III, Cassie Villela, Laura Valle, and at least two others sent mail by U.S.P.S. stating they were the "candidate selection committee".. Thomas later told Idrogo in email that they would never select Idrogo for candidacy to District 20 and would only select Blunt.. or at last resort select "none of the above"; they should all be prosecuted and thrown in prison for life.

Idrogo also complains, the Libertarian Party's abuse of "None of the above" on the party convention ballots along with names of candidates is unconstitutional; violation of Federal and State laws.. including "referendums cannot be mixed with candidates on the ballots." Idrogo has complained of this election after election to the Texas Secretary, etc. .. yet it has never been corrected. Further, there is total discrimination by the hostile take over actors of the Texas Libertarian party since 2010; Fazio; Arthur; Villela; Valle; etc.; etc. (It's a setup.. if there is a minority incumbent Democrat.. these people nominate a WHITE MAN or white woman.. for the ulterior benefit of the incumbent.) These people also change meeting location meeting after meeting, so no one other than themselves shows up. All rigged B.S.

PRAYER

In the interest of justice; right to jury trial; etc.; Idrogo prays:

- Denial of "vote by party" in Texas elections.

- Denial of filing fee for Libertarian Party candidates.

- Order that candidate filing fee for Texas elections be no more than $100.

- Order protections for children in Texas foster care system; demand from Congress: mandatory life prison sentence for any officeholder/law enforcement abuse of children.

- Hugh, Texas, and/or Republican party pay Idrogo a total equivalent to what a U.S. House member is paid for two year term plus expenses, benefits, etc. Punitive damages of $20,000,000 (twenty million dollars) by Texas to Idrogo.

- Order Hugh/Texas to list Idrogo as independent candidate for U.S. House District 20 of Texas for 2020 November election.

- Compensatory damages by all parties; attorney fees by all parties.

- Immediate arrest, prosecution, and maximum sentencing of Fazio, Arthur, Villela, Valle, Blunt, Joaquin Castro, Charlie Gonzalez, et alia, and others yet to be named.

- Other compensation, etc. as the Honorable Court may Order.

AFFIRM: To the best of observation, belief, and recall; pursuant 1st, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 14th Amends, U.S. Const.; Preamble; TX Const.; and laws enforcing; without prejudice U.C.C. Filed on this date by U.S.P.S.; service to defendants.

*Michael Idrogo*   FRI 13 MAR 2020
Michael Idrogo, candidate for U.S. House; Public Servant State of Texas [pursuant TX codes]; Navy commander veteran of foreign wars; Commissioned officer of the United States, 1983; Attended law school; Deputized by U.S. Federal Judge, 1989; Worked in U.S. Federal Courts; Also worked with Carabinieri in Italy [Italian version of F.B.I.].
317 West Rosewood Avenue
San Antonio, Texas 78212

copy: Honorable President Donald J. Trump, U.S. Senate, U.S. Senate Judiciary Committee, U.S. Attorney General, U.S. D.O.J., Public Integrity Unit, F.B.I., Homeland Security, Chief Justice U.S. Supreme Court, etc.