

CLERK
U.S. FEDERAL COURT
1300 VICTORIA STREET, SUITE 1131
LAREDO, TX 78040