# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| Sylvia Bruni, Texas Democratic Party, DSCC, DCCC, and Jessica Tiedt,<br><br>        Plaintiffs,<br><br>   v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>        Defendant. | Civil Action No. 5:20-cv-35 |

## ORDER

After considering Plaintiff's Unopposed Motion for Leave to Exceed Page Limit, the Court:

GRANTS the motion. Plaintiffs may file a memorandum of law in support of a motion for preliminary injunction that contains no more than 35 pages, excluding the caption, table of contents, table of authorities, signature block, certificates, and accompanying documents.

It is so **ORDERED.**

**DATED**:

**SIGNED**:

                                                Marina Garcia Marmolejo
                                                United States District Judge