# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| Sylvia Bruni, Texas Democratic Party, DSCC, DCCC, and Jessica Tiedt,<br><br>           Plaintiffs,<br><br>   v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>           Defendant. | Civil Action No. 5:20-cv-35 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs Sylvia Bruni, Texas Democratic Party, DSCC, DCCC, and Jessica Tiedt, for the reasons set forth in the memorandum of law filed concurrently with this Motion and supported by the exhibits and declarations submitted therewith, respectfully move for an order preliminarily enjoining RUTH HUGHS, in her official capacity as Texas Secretary of State, and her officers, agents, servants, employees, and successors, and all persons in active concert or participation with them, from implementing, enforcing, or giving any effect to House Bill 25, and ordering Defendant to ensure that all Texas voters have the option to vote straight ticket in the November 2020 General Election as well as any future general election occurring during the pendency of this litigation.

| | |
|---|---|
| March 30, 2020 | Respectfully submitted,<br><br>/s/ *Skyler M. Howton*<br>Skyler M. Howton<br>Attorney-in-Charge<br>TX# 24077907<br>SDTX#2395101<br>PERKINS COIE LLP |

500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
SHowton@perkinscoie.com

Marc E. Elias*
Bruce V. Spiva*
Lalitha D. Madduri*
Daniel C. Osher*
Emily R. Brailey*
Stephanie I. Command*
MElias@perkinscoie.com
BSpiva@perkinscoie.com
LMadduri@perkinscoie.com
DOsher@perkinscoie.com
EBrailey@perkinscoie.com
SCommand@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Counsel for All Plaintiffs*

\**Pro Hac Vice* Application Pending

Chad W. Dunn, TX# 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Plaintiff Texas Democratic Party*

- 2 -

- 3 -

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules and Standing Orders and Procedures of this Court, I hereby certify that counsel for movant Plaintiffs and respondent Defendant have electronically conducted a conference at which there was a discussion regarding Defendant's position on Plaintiffs' Motion. The parties have been unable to resolve the matters presented in Plaintiffs' Motion.

Certified to on March 30, 2020

*/s/ Skyler M. Howton*
Skyler M. Howton

## CERTIFICATE OF SERVICE

I hereby certify that March 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. As no counsel of record has appeared for Defendant, I further certify that I will have a copy of the foregoing document personally served on Defendant through a third-party process server.

*/s/ Skyler M. Howton*
Skyler M. Howton