UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SYLVIA BRUNI, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-35 |
| | § | |
| RUTH HUGHS, *in her official capacity as the Texas Secretary of State*, | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | | |

## ORDER

Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit (Dkt. No. 18) is **GRANTED**.

It is so **ORDERED**.

**SIGNED** March 31, 2020.

Marina Garcia Marmolejo
United States District Judge