**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| Sylvia Bruni, Texas Democratic Party, DSCC, DCCC, and Jessica Tiedt,<br><br>        Plaintiffs,<br><br>  v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>        Defendant. | Civil Action No. 5:20-cv-35 |

**NOTICE OF FILING OF CORRECTED MEMORANDUM OF LAW IN
SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiffs Sylvia Bruni, Texas Democratic Party, DSCC, DCCC, and Jessica Tiedt respectfully submit the attached Corrected Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction. The corrected version makes a minor adjustment to the reported infant mortality rates discussed on Page 21. This adjustment corresponds to the concurrently filed Correction to Expert Declaration of Allan J. Lichtman, ECF No. 28. The corrected version of the memorandum of law contains no other alterations to the originally filed version.

  April 8, 2020

Respectfully submitted,

/s/ *Skyler M. Howton*
Skyler M. Howton
Attorney-in-Charge
TX# 24077907
SDTX#2395101
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
SHowton@perkinscoie.com

Marc E. Elias*
Bruce V. Spiva*
Lalitha D. Madduri*
Daniel C. Osher*
Emily R. Brailey*
Stephanie I. Command*
MElias@perkinscoie.com
BSpiva@perkinscoie.com
LMadduri@perkinscoie.com
DOsher@perkinscoie.com
EBrailey@perkinscoie.com
SCommand@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Counsel for All Plaintiffs*

*Admitted *Pro Hac Vice*

Chad W. Dunn, TX# 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Plaintiff Texas Democratic Party*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          */s/ Skyler M. Howton*
                                          Skyler M. Howton